**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-6000**

_____

ANTHONY Q. KELLY,

        Plaintiff - Appellant,

    v.

Mr. STEPHEN T. MOYER, Secretary of Maryland Department of Public Safety
and Correctional Services; STATE OF MARYLAND; FRANK B. BISHOP, JR.,
Warden; RICHARD S. RODERICK, Case Management Manager,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Richard D. Bennett, District Judge.  (1:16-cv-04143-RDB)

_____

Submitted:  November 13, 2018          Decided:  November 21, 2018

_____

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Quentin Kelly, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Quentin Kelly appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kelly v. Moyer*, No. 1:16-cv-04143-RDB (D. Md. Aug. 14 & Nov. 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*